# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY DANE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOANNA
KISHNER, DISTRICT JUDGE,
Respondents,
and
GEICO GENERAL INSURANCE
COMPANY,
Real Party in Interest.

No. 69850

**FILED**

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original writ petition challenges a district court's delay in entering an order regarding attorney fees. It appears that the district court has entered the order that was the subject of petitioner's writ petition, and thus the writ petition is moot. *Personhood Nev. v. Bristol,* 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) (noting that this court's duty is to resolve actual controversies). Accordingly, we

ORDER the petition DENIED.[1]

, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]We note that although the petition was filed as an "emergency," petitioner has not demonstrated what irreparable harm would befall him if the relief he seeks is not given within 14 days. NRAP 21(a)(6); NRAP 27(e).

16-08643

cc: Hon. Joanna Kishner, District Judge
David L. Mann
Georgeson Angaran, Chtd.
Eighth District Court Clerk